**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **NELLY MEDINA,** | § | |
|    **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 7:17-CV-00350** |
| | § | |
| **GREAT LAKES INSURANCE SE,** | § | |
|    **DEFENDANT.** | § | |

## NOTICE OF SETTLEMENT AND AGREED MOTION TO WITHDRAW DEFENDANT'S MOTION FOR SANCTIONS [DOC. 14]

On February 14, 2018, Defendant Great Lakes Insurance SE (formerly known as Great Lakes Reinsurance (U.K.) SE) filed a Motion for Sanctions [Doc. 14] against Plaintiff and/or her counsel. The parties have reached an agreement to resolve this matter and are finalizing the settlement. The settlement documents to be executed call for the filing of a joint stipulation of dismissal with prejudice upon execution of the settlement documents by the parties, which will dispose of this case in its entirety.

Additionally, as part of the settlement, Great Lakes has agreed to file this motion to withdraw its motion for sanctions. Therefore, in accordance with Local Rule 79.1, Defendant hereby requests that its motion for sanctions be withdrawn from the custody of the Clerk of Court. Defendant further requests the Court enter an Order permitting same.

To preserve judicial economy, the parties request the Court remove this case from the trial docket and abate the remaining deadlines while the parties finalize the pertinent settlement and dismissal papers.

Respectfully submitted,

By: /s/ Valerie Henderson
**Eddy De Los Santos**
Texas Bar No. 24040790
Federal ID No. 602417
**Valerie Henderson**
Texas Bar No. 24078655
Federal ID No. 1392550
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
1301 McKinney, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 6560-9701
edelossantos@bakerdonelson.com
vhenderson@bakerdonelson.com

*Attorneys for Defendant*

**And**

By: /s/ J. Gabriel Ortiz with permission by Valerie Henderson
**Martin J. Phipps**
SBT 00791444
**J. Gabriel Ortiz**
SBT 24085512
gortiz@phippsllp.com
**Phipps LLP**
102 9th Street
San Antonio, Texas 78215
(210) 340-9877 Telephone
(210) 340-9887 Facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served upon all counsel of record listed below pursuant to Federal Rules of Civil Procedure on March 14, 2018.

s/ Valerie Henderson
Valerie Henderson