Case 7:17-cv-00350   Document 22   Filed on 04/18/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 18, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NELLY MEDINA, | § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-00350 |
| GREAT LAKES INSURANCE SE, | § § § | |
| Defendant. | § § | |

# ORDER

The Court now considers the joint stipulation of dismissal filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal of an action without court order if the stipulation is signed by all parties who have appeared. Here, the stipulation is signed by all parties who have appeared.[2] Thus, the action is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 18th day of April, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 21.
[2] *Id*. p. 2.